**[6NOT03]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No. 6:07–bk–06398–KSJ
                                                                  Chapter 7


Ruperto Martinez Jr
1323 Druid Place
Tavares, FL 32778




                Debtor(s)            /

NOTICE OF CLAIM FILED BY TRUSTEE

TO: Florida Choice Bank

   Pursuant to Fed. R. Bankr. P. 3004, if a creditor fails to file a proof of claim on or before the last day for filing claims, the debtor or trustee may do so in the name of the creditor. In this case, the last day for filing claims is January 2, 2009 . For governmental units, the last day for filing claims is 180 days from December 11, 2007.

NOTICE is hereby given that the trustee filed a claim on your behalf in the above–captioned matter on March 31, 2009 , in the amount of $ 7670.00 (Claim No. 1 ).


    DATED on June 11, 2009

                                      FOR THE COURT
                                      Lee Ann Bennett, Clerk of Court

                                      135 West Central Boulevard Suite 950
                                      Orlando, FL 32801