UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
Martinez Jr., Ruperto, ) Case No. 07-06398 KSJ
) Chapter 7
Debtor. )
)

## REPORT OF DEPOSIT TO COURT UNCLAIMED FUNDS ACCOUNT

Scott R. Fransen, trustee of the above estate, reports that he has distributed the entire amount in the trustee's account for this estate pursuant to the order of distribution, and that all checks have cleared with the exception of the following:

Check no. 1006 paid to Florida Choice Bank in the sum of $5,909.89, at its address of record, Florida Choice Bank, 125- Mount Homer Rd., Eustis, FL 32726. The check has not cleared, and has not been returned.

Check no. 1007 paid to HSBC NV, in the sum of $2,679.10, at its address of record, HSBC NV, P.O. Box 19360, Portland, OR 97280. The check has not cleared, and not been returned.

For checks returned undeliverable, no forwarding address was on file and all attempts to locate claimants were unavailing. For checks not cashed, more than ninety (90) days have passed since issuing the final distribution and a stop payment directive has been given to the bank.

Pursuant to Bankr. Code §347(a) and Rule 3011, checks in the amounts due and unpaid to each named creditor above have been drawn, payable to the Clerk, U.S. Bankruptcy Court, Court Unclaimed Fund Account, with the claimants listed with their last and best-known address.

A copy of the Report and the original check have been mailed to the attention of Susan Magaditch, Financial Manager, U.S. Bankruptcy Court, 801 N. Florida Ave., Suite 727, Tampa, FL 33602, this 9th day of March, 2010.

/S/ Scott R. Fransen
Trustee
Fla. Bar no. 0994571
8787 Southside Blvd., #4908
Jacksonville, FL 32256
Telephone: 904.614.2100